IN THE COURT OF COMMON PLEAS
OF LUZERNE COUNTY

| | |
|---|---|
| In Re: Extension of Time for Polls to Remain Open in the 2022 General Electiom | : CIVIL DIVISION : : : NOVEMBER TERM, 2022 : : No. 09970 of 2022 : |

## ORDER

Voters in Luzerne County through no fault of their own, were disenfranchised and denied the fundamental right to vote. In an effort to protect and maintain the integrity of the 2022 General Election and to protect the voters of this County:

This matter having come before this Court on an Emergency Petition of the Luzerne County Bureau of Elections and Luzerne County Board of Elections Requesting an Extension of Time for Polls to Remain Open until 10:00 P.M. for the November 8, 2022 General Election, parties having had an opportunity to make oral argument, and this Court having made a finding of fact that assuring the constitutional right to vote requires an extension of the voting hours, it is hereby **ORDERED** that the voting hours in Luzerne County are hereby extended to 10:00 p.m.

The parties and the Clerk of Court are to notify the appropriate election officials immediately by hand delivery of this Order of these hours of extension.

Parties may release this Order to the media immediately.

Lesa S. Gelb, J.

11/8/22

PROTHONOTARY LUZERNE COUNTY
FILED NOV 8 '22 PM 2:19

Paula Radick, Esquire
(via Hand Delivery and email)

William J. Wyatt, Esquire
(via Hand Delivery and email)

Gene Molino, Esquire
(via Hand Delivery and email)

Neil O'Donnell, Esquire
 (via Hand Delivery and email)