# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM FRENCH and MELYNDA ANNE REESE,** | : <br> : <br> :     **Civil No.: 3:23-cv-00538** |
| Plaintiffs, | : <br> :     **(Judge Mannion)** |
| v. | : <br> : |
| **COUNTY OF LUZERNE, LUZERNE COUNTY BOARD OF ELECTIONS and REGISTRATION,** | : <br> : <br> : <br> : |
| Defendants. | : <br> : <br> : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Keighlyn J. Oliver for Defendants County of Luzerne County Board of Elections and Registration in the above referenced matter.

Respectfully submitted,

*s/ Keighlyn J. Oliver*
Keighlyn J. Oliver, I.D. No. 330372
**ELLIOTT GREENLEAF, P.C.**
15 Public Square, Suite 210
Wilkes-Barre, PA 18701
(570) 371-5290
*Attorneys for Defendants*

DATED: September 27, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM FRENCH and<br>MELYNDA ANNE REESE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF LUZERNE,<br>LUZERNE COUNTY BOARD<br>OF ELECTIONS and<br>REGISTRATION,<br><br>　　　　Defendants. | :<br>:<br>:　Civil No.: 3:23-cv-00538<br>:<br>:　(Judge Mannion)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Keighlyn J. Oliver, hereby certify that I have caused to be served this day a true and correct copy of a withdrawal of appearance <u>via</u> ECF only addressed as follows:

> Walter S. Zimolong, III
> Zimolong, LLC
> PO Box 552
> Villanova, PA 19085-0552

> *s/ Keighlyn J. Oliver*
> Keighlyn J. Oliver, I.D. No. 330372

DATED: September 27, 2024