IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM FRENCH and MELYNDA ANNE REESE,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**COUNTY OF LUZERNE, LUZERNE COUNTY BOARD OF ELECTIONS and REGISTRATION,**<br><br>    **Defendants.** | **Civil No.: 3:23-cv-00538**<br><br>**(Judge Mannion)** |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Kristyn Giarratano Jeckell for Defendants County of Luzerne County Board of Elections and Registration in the above referenced matter.

Respectfully submitted,

*s/Kristyn Giarratano Jeckell*
Kristyn Giarratano Jeckell
Attorney I.D. No. 327284
**ELLIOTT GREENLEAF, P.C.**
15 Public Square, Suite 210
Wilkes-Barre, PA 18701
(570) 371-5290
*Attorneys for Defendants*

DATED: September 27, 2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM FRENCH and** : <br> **MELYNDA ANNE REESE,** : <br> : **Civil No.: 3:23-cv-00538** <br> **Plaintiffs,** : <br> : **(Judge Mannion)** <br> **v.** : <br> : <br> **COUNTY OF LUZERNE,** : <br> **LUZERNE COUNTY BOARD** : <br> **OF ELECTIONS and** : <br> **REGISTRATION,** : <br> : <br> **Defendants.** : <br> : <br> : | |

## CERTIFICATE OF SERVICE

I, Kristyn Giarratano Jeckell, hereby certify that I have caused to be served this day a true and correct copy of a withdrawal of appearance <u>via</u> ECF only addressed as follows:

> Walter S. Zimolong, III
> Zimolong, LLC
> PO Box 552
> Villanova, PA 19085-0552

*s/Kristyn Giarratano Jeckell*
Kristyn Giarratano Jeckell

DATED: September 27, 2024