IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WILLIAM FRENCH, ET. AL. | : : : : | No. 3:23-cv-00538-MEM |
| Plaintiffs, | : : : |  |
| v. | : : |  |
| COUNTY OF LUZERNE, ET. AL. | : : : |  |
| Defendants. |  |  |

NOTICE OF DISMISSAL AND
REQUEST TO RETAIN JURISDICTION

    Plaintiffs, William French and Melynda Anne Reese, and Defendants, County of Luzerne and the Luzerne County Board of Elections and Registration (collectively, the "Parties") hereby give notice that the Parties have approved and signed the settlement agreement attached at Exhibit "A."

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree that the matter is dismissed with prejudice.

    As part of the settlement agreement, the Parties have agreed that this Court should retain jurisdiction to enforce the terms of the settlement agreement, if necessary. Accordingly, the Parties respectfully request that the Court retain

jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-382 (1994).

                          Respectfully submitted,

Dated:  October 15, 2024        */s/ Walter S. Zimolong III*
                                    WALTER S. ZIMOLONG III, ESQ.
                                    wally@zimolonglaw.com
                                    JAMES J. FITZPATRICK III, ESQ.
                                    james@zimolonglaw.com
                                    Zimolong, LLC
                                    P.O. Box 552
                                    Villanova, PA 19085-0552
                                    Tele: 215-665-0842
                                    *Attorneys for plaintiffs*

                                    */s/ Drew P. McLaughlin*
                                    Drew P. McLaughlin
                                    Kristyn G. Jeckell
                                    Keighlyn J. Oliver
                                    ELLIOTT GREENLEAF & DEAN
                                    DPM@elliottgreenleaf.com
                                    15 Public Square, Suite 210
                                    Wilkes-Barre, PA 18701
                                    570-371-5290
                                    *Attorneys for defendants*