UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM FRENCH and MELYNDA ANNE REESE,** : | |
| : | **CIVIL ACTION NO. 3:23-cv-538** |
| **Plaintiff.** | |
| v. : | **(JUDGE MANNION)** |
| **COUNTY OF LUZERNE, and LUZERNE COUNTY BOARD OF ELECTIONS OF REGISTRATION,** : | |
| **Defendants.** : | |

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), (Doc. 75), this case is **DISMISSED** with prejudice. However, as the court indicated to the parties during their last status conference it will not retain ancillary jurisdiction over their settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994) (When a case is voluntarily dismissed by stipulation "the court's retention of jurisdiction over settlement contract may, in court's **discretion**, be one of terms set forth in order.) (emphasis added). The Clerk of Court is directed to **CLOSE** this case.

MALACHY E. MANNION
United States District Judge

**DATE: October 16, 2024**
23-538-11